Eastern District of Kentucky
**FILED**
SEP 15 2016
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

KRISTIN MCCARTHY,

        Plaintiff,

v.

UNIFUND CCR, LLC,
UNIFUND CCR PARTNERS,
MICHAEL J. KEENEY,

        Defendants.

Case 2:16-cv-00132-DLB

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

\* \* \* \* \* \*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kristin McCarthy and Defendants Unifund CCR, LLC, Unifund CCR Partners, and Michael J. Keeney (collectively, the "Defendants"), hereby jointly request that this Court dismiss Plaintiff's claims against the Defendants with prejudice. The parties shall bear their own fees and costs.

Dated: August 26, 2016

/s/ James H. Lawson (w/ permission)
James H. Lawson, Esq.
LAWSON AT LAW, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
Ph: (502) 473-6525
Fax: (502) 473-6561
Fax: (502) 257-7309
james@kyconsumerlaw.com
*Counsel for Plaintiff*

Dated: August 26, 2016

/s/ R. Brooks Herrick
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
DINSMORE & SHOHL LLP
101 South Fifth St., Suite 2500
Louisville, KY 40202
Ph: (502) 540-2300
Fax: (502) 585-2207
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendants*

IT IS SO ORDERED

15 Sept 16

Signed By:
*David L. Bunning*
United States District Judge

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served via Electronic Filing to the person listed below this 26th day of August, 2016:

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue
Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com

                                      s/ R. Brooks Herrick
                                      *Counsel for Defendants*

10625121v1